UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT JAMES STEWART, WES MARTINSON, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>CHELAN COUNTY DISTRICT COURT, *et al.,*<br><br>Defendants. | NO. CV-05-256-RHW<br><br>**ORDER STRIKING THE PLAINTIFFS' PLEADINGS AND DENYING MOTION FOR RECONSIDERATION** |

Before the Court are various pleadings that have been filed by the Plaintiffs. Plaintiffs are proceeding *pro se*. Therefore, it is necessary for each Plaintiff to sign any pleadings that are filed in this cause of action that pertain to the particular Plaintiff. *See* Federal Rules of Civil Procedure 11(a). Instead of signing the pleadings, Plaintiffs used the /s/ notation, which is the signature notation that is used for electronic filing. This notation does not take the place of an actual signature when, as here, the documents are filed in paper format. Also, given the format of the notation, it appears that one person provided the /s/ notation on the pleadings in an attempt to circumvent the requirement of obtaining signatures from the Plaintiffs in this action. Plaintiffs are cautioned that failure to follow Fed. R. Civ. P. 11 could result in sanctions.

Accordingly, **IT IS HEREBY ORDERED**:

1.    Plaintiffs' Motion for Order of Protection, of Injunction Prohibition, or Quo Warranto, or Mandamus (Ct. Rec. 2) is **DENIED**, for the reasons stated in

**ORDER STRIKING THE PLAINTIFFS' PLEADINGS AND DENYING MOTION FOR RECONSIDERATION** ~ 1

1  Court Rec. 37.

2      2.  The Court **strikes** the following pleadings:

3          a.  Motion for Reconsideration (Ct. Rec. 49);

4          b.  3rd Request and Demand for All Elements of Discovery as in Class

5  Action  (Ct. Rec. 59);

6          c.  3rd Request and Demand for All Elements of Discovery as in Class

7  Action (Ct. Rec. 60);

8          d.  Motion with Subjoined Facts, Memorandum and Notice of Hearing

9  (Ct. Rec. 61);

10         e.  Response to Motion for a More Clear and Definite Statement (Ct.

11 Rec. 58).

12 **IT IS SO ORDERED.**  The District Court Executive is directed to enter

13 this Order and forward copies to counsel and Plaintiffs.

14 **DATED** this 28th day of October, 2005.

16         s/ ROBERT H. WHALEY
        Chief United States District Judge

21 Q:\CIVIL\2005\Stewart\ord.strike.wpd

**ORDER STRIKING THE PLAINTIFFS' PLEADINGS AND DENYING MOTION FOR RECONSIDERATION ~ 2**