AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ROBERT JAMES STEWART,
WES MARTINSON, et al.,
              Plaintiffs,

v.

CHELAN COUNTY DISTRICT COURT,
et al.,
              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-256-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the above-caption action is Dismissed with prejudice. Judgment is entered in favor of the Defendants and against the Plaintiffs.

| | |
|---|---|
| May 22, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |